**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 03-67-DLB**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

vs.                                              <u>**ORDER**</u>

**MICHAEL V. JOHNSON**                                                                        **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty (30) days imprisonment, with four (4) years of supervised release to follow. (Doc. # 62). During the final revocation hearing conducted by Magistrate Judge J. Gregory Wehrman on June 18, 2012, Defendant admitted to violating the terms of his supervised release described in the June 13, 2012 Supervised Release Violation Report (Doc. # 54).

Defendant having executed a waiver of his right to allocution (Doc. #61), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) the Magistrate Judge's Report and Recommendation (Doc. # 62) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **THIRTY (30) DAYS**, with **FOUR (4) YEARS** of supervised release to follow;

(5) As a special condition of that supervised release, Defendant shall return to the Talbert House Residential Re-entry Program for a period of **NINETY (90) DAYS** and comply with all conditions of that program; and

(6) A Judgment shall be entered contemporaneously herewith.

This 10th day of July, 2012.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2003\03-67 Order adopting R&R.wpd